Kirshbaum *v.* Farmers' Fire Insurance Company *et al.*

signed by the presiding judge, but there is no certificate of the clerk showing that the bill was ever filed in the court below, or that the bill was a part of the proceedings in the court below. The clerk of the trial court should duly certify to the transcript and to all documents and papers which were a part of the proceedings in the court below, and which he transmits to this court. Without such certificate under the seal of that court this court has no means of knowing whether or not the record presented is the one upon which the court below rendered the judgment. *Dodge* v. *Morrow*, 14 Ind. App. 534.

Judgment affirmed.

---

## KIRSHBAUM *v.* FARMERS' FIRE INSURANCE COMPANY ET AL.

[No. 2,066.    Filed January 29, 1897.]

From the Jay Circuit Court. *Affirmed.*

*Cornelius Corwin, John M. Smith* and *Headington & LaFollette,* for appellant.

*Richard H. Hartford* for appellees.

ROBINSON, J.—The same questions are involved in this appeal as were in the case of appellant against *The Hanover Fire Insurance Company, ante,* 606, and upon the authority of that decision the judgment in this cause is affirmed.